# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 29, 2017

## NO. 03-17-00573-CV

**N. T., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 274TH DISTRICT COURT OF COMAL COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND GOODWIN
AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the final order signed by the trial court on August 15, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's final order. Therefore, the Court affirms the trial court's final order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.